USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

*IN RE LEGENDS INTERNATIONAL LLC,*
*DATA BREACH LITIGATION*

25-CV-3374 (GHW) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on August 4, 2025 (doc. no 22) the Initial Case Management Conference currently scheduled for **September 25, 2025** is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:   New York, New York
         August 5, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge